MEMO ENDORSED



**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Eric D. Witkin
212.497.8487 direct
212.583.9600 main
646.417.7546 fax
ewitkin@littler.com

January 5, 2023

**VIA ECF**

Honorable Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Lawlor v. Benchmark Education Company, LLC, et al.*
      Case No. 21-CV-5425 (NSR) (PED)

Dear Judge Román:

     We represent Defendants in the above-referenced action. We write to request that the Court adjourn the telephone conference currently scheduled for January 13, 2023, at 4:00 p.m. to a date and time convenient for the Court after January 30, 2023. Plaintiff consents to this request.

     By Order dated January 3, 2023, Magistrate Judge Davison extended to January 30, 2023 the deadline for the Parties to submit their status update regarding all outstanding discovery issues. *See* ECF No. 51. Therefore, the Parties believe that adjourning the January 13 Conference is prudent due to the extension of time to submit the status letter.

     We thank the Court for considering this extension request.

Respectfully,

Eric D. Witkin

cc:  All Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **1/9/2023**

littler.com

**In light of the extension of the discovery deadlines, Defts' request to adjourn the telephonic Status Conf. from Jan. 13, 2023 until Feb. 28, 2023 at 1:00 pm is GRANTED with Pltf's consent. Counsel are directed to this Court's Order at ECF No. 20 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 52.**
**Dated: White Plains, NY**
     **January 9, 2023**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE